# Court of Appeals
# of the State of Georgia

ATLANTA, July 26, 2012

*The Court of Appeals hereby passes the following order*

## A12I0318. SEASON ALL FLOWER SHOP, INC., d/b/a PRISTINE CHAPEL LAKESIDE v. VERA D. RORIE et al .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2011CV02707



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, July 26, 2012.

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*